IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


KENNETH L. WALLER, JR.
ADC# 103829

                                                                PLAINTIFF


v.                          Case No. 1:11-cv-69-DPM-BD


JOHN MAPLES, JR., Warden; JOE PAGE III,
Deputy/Assistant Warden; RAYLINA RAMSEY,
Classification Officer; and NICHOLAS C. NARACON,
Correctional Sergeant/Segregation Supervisor            DEFENDANTS


ORDER

The Court has considered Magistrate Judge Beth Deere's Partial
Recommended Disposition, *Document No. 8*, and Kenneth Waller's objection,
*Document No. 10*. Though Waller has expanded his argument and the factual
record, the Court still sees no basis for injunctive relief. After *de novo* review,
the Court adopts Judge Deere's recommended disposition as its own. FED. R.
CIV. P. 72(b)(3).

Waller's motion for preliminary injunction, *Document No. 4*, is denied.
An *in forma pauperis* appeal from this Order would not be in good faith. 28
U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 Sept. 2011