IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KENNETH L. WALLER**
**ADC #103829**                                                                                       **PLAINTIFF**

V.                                       No. 1:11CV00069-DPM-BD

**JOHN MAPLES, JR. et al.**                                                        **DEFENDANTS**

### ORDER

On *de novo* review, the Court overrules Waller's objection, *Document No. 29*, and adopts Magistrate Judge Deere's Partial Recommended Disposition. *Document No. 27*. The Court agrees that Waller's allegations can be addressed in the normal course and injunctive relief is not called for.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2011