IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH L. WALLER, JR.
ADC# 103829                                                                                    PLAINTIFF

v.                                       No. 1:11-cv-69-DPM

JOHN MAPLES, JR., Warden; JOE PAGE III,
Deputy/Assistant Warden; RAYLINA RAMSEY,
Classification Officer; NICHOLAS C. NARACON,
Correctional Sergeant/Segregation Supervisor,
Grimes Unit, ADC                                                                              DEFENDANTS

ORDER

On 31 January 2012, Magistrate Judge Beth M. Deere invited Waller to respond to the defendants' motion for summary judgment. *Document No. 35.* Waller complied by moving for voluntary dismissal. His motion, *Document No. 37,* is granted. Waller's complaint is dismissed without prejudice. Motion for summary judgment, *Document No. 32,* denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2012