IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH L. WALLER, JR.
ADC# 103829                                                                                  PLAINTIFF

v.                                        No. 1:11-cv-69-DPM

JOHN MAPLES, JR., Warden; JOE PAGE III,
Deputy/Assistant Warden; RAYLINA RAMSEY,
Classification Officer; NICHOLAS C. NARACON,
Correctional Sergeant/Segregation Supervisor,
Grimes Unit, ADC                                                                         DEFENDANTS

JUDGMENT

Waller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 Feb. 2012